*Mr. Edward S. Bentley* for respondent.

No. 796. EELLS *v.* HALL. April 24, 1944. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 797. STARR PIANO CO. *v.* ROGAN, EXECUTRIX. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John B. Milliken* and *L. A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Homer R. Miller* for respondent.

No. 807. SUN PUBLISHING CO. *v.* WALLING, ADMINIS-TRATOR. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Elisha Hanson* and *C. E. Pigford* and *Miss Letitia Armistead* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern, Douglas B. Maggs, Peter Seitz,* and *Miss Bessie Margolin* for respondent.

No. 602. KARP METAL PRODUCTS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel Rubinton* and *Leonard Acker* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 673. THOMPSON *v.* FARMERS BANK. April 24, 1944. Petition for writ of certiorari to the Circuit Court